**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARTICE RANSEY,

    Petitioner,                                            2:15-cv-00919-RCJ-NJK

vs.

                                                  **ORDER**

ATTORNEY GENERAL, *et al.*,

    Respondents.

_____/

      In this habeas corpus action, the respondents' were due to respond to the petitioner's habeas petition by September 4, 2015. *See* Order entered July 6, 2015 (ECF No. 5).

      On September 4, 2015, respondents filed a motion for extension of time (ECF No. 8), requesting a 45-day extension of time to respond to the petition. Respondents' counsel states that the extension of time is necessary because of his "busy schedule." This is the first extension of this deadline.

      The court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

      **IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time (ECF No. 8) is **GRANTED**. Respondents shall have until and including **October 19, 2015**, to file and serve an answer or other response to the petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, if respondents file an answer, petitioner shall then have **60 days** to file a reply.  If respondents file a motion to dismiss, petitioner shall have **60 days** to file a response to the motion to dismiss, and then respondents shall have **30 days** to file a reply in support of the motion to dismiss.

Dated this 24th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE