UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARTICE RANSEY,

    Petitioner,

vs.

ATTORNEY GENERAL, *et al.*,

    Respondents.
_____/

2:15-cv-00919-RCJ-NJK

**ORDER**

In this habeas corpus action, the respondents filed a motion to dismiss on October 19, 2015 (ECF No. 11). The petitioner, Martice Ransey, was to respond to the motion to dismiss by December 21, 2015. *See* Order entered September 24, 2015 (ECF No. 9) (60 days for response). Ransey did not file a response to the motion to dismiss by that date. The court will, *sua sponte*, grant Ransey an extension of time, to February 12, 2015, for his response to the motion to dismiss.

**IT IS THEREFORE ORDERED** that the time for petitioner to respond to respondents' motion to dismiss (ECF No. 11) is extended to **February 19, 2016.** If petitioner does not respond to the motion to dismiss by that date, the court will rule on the motion without the benefit of a response. If petitioner files a response to the motion to dismiss, respondents shall than have 30 days to file a reply in support of the motion.

Dated this 5th day of January, 2016.

                                                  UNITED STATES DISTRICT JUDGE